SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| WALTER JONES, | Case No.: 3:16-CV-05683-JD |
|---|---|
| Plaintiff, | NOTICE OF SETTLEMENT WITH DEFENDANT AVANT, INC. |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff Walter Jones and defendant Avant, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The parties anticipate that this matter will be dismissed within 30 days.

Dated:   October 28, 2016

                                                     **Sagaria Law, P.C.**
                                                        /s/ *Elliot Gale*
                                                     Elliot Gale
                                                     Attorneys for Plaintiff