1  SAGARIA LAW, P.C.
   SCOTT J. SAGARIA (State Bar No. 217981)
2  ELLIOT W. GALE (State Bar No. 263326)
   JOE B. ANGELO (State Bar No. 268542)
3  SCOTT M. JOHNSON (State Bar No. 287182)
   2033 Gateway Place, 5th Floor
4  San Jose, CA 95110
   Telephone:  (408) 279-2288
5  Facsimile:  (408) 279-2299

6  Attorneys for Plaintiff
        LAURIE GARCIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER JONES,<br><br>   Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 100 inclusive,<br><br>   Defendants. | Case No. 3:16-cv-05683-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF AVANT, INC., WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)** |

**PLEASE TAKE NOTICE** that Plaintiff Walter Jones ("Plaintiff"), through his counsel of record, hereby voluntarily dismisses all claims in this action *with prejudice* as to defendant Avant, Inc., pursuant to Fed. R. Civ. P. 41(a)(1).  Avant, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Each party shall bear her/its own attorneys' fees and costs.

Dated:  December 20, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOE B. ANGELO
SCOTT M. JOHNSON

By: _____*/s/ Elliot Gale*_____
       Elliot Gale

Attorneys for Plaintiff
WALTER JONES