1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                     UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION
10

11

12 CAROLYN MORENO,                          Federal Case No.: 3:16-CV-05709-JD

13        Plaintiff,

14    vs.                                   **STIPULATED REQUEST FOR
                                            DISMISSAL OF DEFENDANT EQUIFAX,
15 EQUIFAX, INC.; et. al.,                  INC.; [PROPOSED] ORDER**

16        Defendants.

17
**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**
18
        IT IS HEREBY STIPULATED by and between plaintiff Carolyn Moreno and defendant
19
Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to
20
Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own
21
attorneys' fees and costs.
22
//
23
//
24
//
25
//
26
//
27
//
28

                                                1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED:  February 23, 2017 | Sagaria Law, P.C. |
| 2 | | By: _____/s/ Elliot W. Gale_____ |
| 3 | | Elliot W. Gale |
| 4 | | Attorneys for Plaintiff<br>Carolyn Moreno |
| 5 | | |
| 6 | DATED:  February 23, 2017 | Nokes & Quinn |
| 7 | | |
| 8 | | By: _____/s/ Thomas P. Quinn, Jr._____ |
| 9 | | Thomas P. Quinn, Jr.<br>Attorneys for Defendant |
| 10 | | Equifax, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees.

IT IS SO ORDERED.

DATED: __February 24, 2017_____

JAMES DONATO
UNITED STATES DISTRICT JUDGE

*APPROVED — Judge James Donato*