SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER JONES, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br> Defendants. | Case No.: 3:16-cv-05683-JD <br><br> STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, N.A.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Walter Jones and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, N.A.; ~~PROPOSED~~ ORDER - 1

DATED: April 18, 2017          Sagaria Law, P.C.

                               By: _____ /s/ Elliot W. Gale _____
                                         Elliot W. Gale
                               Attorneys for Plaintiff
                               Walter Jones

DATED: April 18, 2017          Severson & Werson, APC



                               By: _____ /s/ Alisa Givental _____
                                         Alisa Givental
                               Attorneys for Defendant
                               Wells Fargo Bank, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Givental has concurred in this filing.

*/s/ Elliot Gale*

[PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Wells Fargo Bank, N.A. is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: May 5, 2017             _____
                               JAMES DONATO
                               UNITED STATES DISTRICT JUDGE

[APPROVED — Judge James Donato]